| A CERTIFIED TRUE COPY |
| ATTEST |
| By Denise Morgan-Stone on Apr 27, 2010 |
| FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

**FILED**

APR 27 2010

**U.S. DISTRICT COURT DISTRICT OF R.I.**

UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Apr 12, 2010

FILED
CLERK'S OFFICE

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-65)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,366 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 27, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to True Copy
DAVID A. DIMARZIO
By _____ Deputy Clerk

Page 1 of 2

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION                                                   MDL No. 1842

## SCHEDULE CTO-65 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 2 10-557 | Tracy Mitchell Carroll, etc. v. Davol, Inc., et al. | CA 10-3226 |
| **ARKANSAS EASTERN** | | |
| ARE 4 10-166 | Sharon K. Teel v. Davol, Inc., et al. | CA 10-3227 |
| **MARYLAND** | | |
| MD 1 10-334 | James M. Sherrill v. Davol, Inc., et al. | CA 10-3228 |
| **MINNESOTA** | | |
| MN 0 10-553 | Lucy M. Garcia v. Davol, Inc., et al. | CA 10-3229 |
| MN 0 10-597 | Kimberly S. Messer v. Davol, Inc., et al. | CA 10-3230 |
| MN 0 10-598 | Anniece Faye Garber v. Davol, Inc., et al. | CA 10-3231 |
| MN 0 10-599 | Cecilia Lynn Bryant v. Davol, Inc., et al. | CA 10-3232 |
| MN 0 10-600 | Clinton Dean Lovell v. Davol, Inc., et al. | CA 10-3233 |
| MN 0 10-601 | Larry O. Harwood v. Davol, Inc., et al. | CA 10-3234 |
| MN 0 10-602 | Billy Joe Tate v. Davol, Inc., et al. | CA 10-3235 |
| MN 0 10-616 | Elsa Iris Feliciano v. Davol, Inc., et al. | CA 10-3236 |
| MN 0 10-617 | Sandra Macke v. Davol, Inc., et al. | CA 10-3237 |
| MN 0 10-618 | Jeffery L. Harris v. Davol, Inc., et al. | CA 10-3238 |
| MN 0 10-619 | Linda J. May v. Davol, Inc., et al. | CA 10-3239 |
| MN 0 10-620 | Rodger David Saylor v. Davol, Inc., et al. | CA 10-3240 |
| MN 0 10-621 | Malinda Kirkland Smith v. Davol, Inc., et al. | CA 10-3241 |
| MN 0 10-638 | Shirley Diane Tator v. Davol, Inc., et al. | CA 10-3242 |
| MN 0 10-639 | Joyce P. Jones v. Davol, Inc., et al. | CA 10-3243 |
| MN 0 10-640 | Stephanie Jean Schleuder v. Davol, Inc., et al. | CA 10-3244 |
| MN 0 10-641 | Maria Sarantoulias v. Davol, Inc., et al. | CA 10-3245 |
| MN 0 10-642 | Kimberly Ann Muller v. Davol, Inc., et al. | CA 10-3246 |
| MN 0 10-660 | Thelma B. Hairston v. Davol, Inc., et al. | CA 10-3247 |
| MN 0 10-661 | Sammy Shelton v. Davol, Inc., et al. | CA 10-3248 |
| MN 0 10-662 | Dean Justin Brandner v. Davol, Inc., et al. | CA 10-3249 |
| MN 0 10-663 | Peggy Railsback v. Davol, Inc., et al. | CA 10-3250 |
| MN 0 10-664 | Larry E. Schraer v. Davol, Inc., et al. | CA 10-3251 |
| MN 0 10-665 | Robert L. Becker v. Davol, Inc., et al. | CA 10-3252 |
| MN 0 10-666 | Lonnie R. Goddard v. Davol, Inc., et al. | CA 10-3253 |
| MN 0 10-741 | Francis Elaine Anderson v. Davol, Inc., et al. | CA 10-3254 |

**MDL No. 1842 - Schedule CTO-65 Tag -Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MN | 0 | 10-742 | Cathy Haley v. Davol, Inc., et al. | CA 10-3255 |
| MN | 0 | 10-743 | Renae Wald v. Davol, Inc., et al. | CA 10-3256 |
| MN | 0 | 10-744 | Shauna Lasica v. Davol, Inc., et al. | CA 10-3257 |
| MN | 0 | 10-793 | Louise Marie Salzsieder v. Davol, Inc., et al. | CA 10-3258 |
| MN | 0 | 10-794 | James Earl Spencer v. Davol, Inc., et al. | CA 10-3259 |
| MN | 0 | 10-797 | Quinnin Jones v. Davol, Inc., et al. | CA 10-3260 |
| MN | 0 | 10-810 | Brent Betteridge v. Davol, Inc., et al. | CA 10-3261 |
| MN | 0 | 10-823 | Sharon J. Merchant v. Davol, Inc., et al. | CA 10-3262 |
| MN | 0 | 10-824 | LaRue Dooley v. Davol, Inc., et al. | CA 10-3263 |
| MN | 0 | 10-826 | Rachelle Renee DuBois v. Davol, Inc., et al. | CA 10-3264 |
| MN | 0 | 10-828 | Joann O. Barefoot v. Davol, Inc., et al. | CA 10-3265 |
| MN | 0 | 10-1033 | Rodney D. Hefty v. Davol, Inc., et al. | CA 10-3266 |

**MISSOURI WESTERN**

| MOW | 3 | 10-5008 | Dorothy Nicholls v. Davol, Inc., et al. | CA10-3267 |
|---|---|---|---|---|

**NEW YORK EASTERN**

| NYE | 1 | 10-850 | Randy Schultz v. Davol, Inc., et al. | CA 10-3268 |
|---|---|---|---|---|
| NYE | 1 | 10-851 | Migdalia Demaio v. Davol, Inc., et al. | CA 10-3269 |
| NYE | 1 | 10-852 | Roselynd Nash, et al. v. Davol, Inc., et al. | CA 10-3270 |
| NYE | 1 | 10-855 | Charles Johnson, et al. v. Davol, Inc., et al. | CA 10-3271 |
| NYE | 1 | 10-856 | Jennie Higgins, et al. v. Davol, Inc., et al. | CA 10-3272 |
| NYE | 1 | 10-857 | Frank Duffie, et al. v. Davol, Inc., et al. | CA 10-3273 |
| NYE | 1 | 10-1136 | Joyce Tabbert, et al. v. Davol, Inc., et al. | CA 10-3274 |
| NYE | 1 | 10-1137 | Kenneth Vaughn, et al. v. Davol, Inc., et al. | CA 10-3275 |

**NEW YORK SOUTHERN**

| NYS | 1 | 10-1755 | Marilyn Burton v. Davol, Inc., et al. | CA 10-3276 |
|---|---|---|---|---|

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## PANEL SERVICE LIST (CTO-65)

Mark J. Blando
ECKLAND & BLANDO LLP
10 South 5th Street, Suite 1020
Minneapolis, MN 55402

Ralph Bohanan, Jr.
BOHANAN & ASSOCIATES PC
One Perimeter Park South
Suite 315 South
Birmingham, AL 35243

Kirk E. Chapman
MILBERG LLP
One Pennsylvania Plaza, 50th Floor
New York, NY 10119-0165

Eric F. Gladbach
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119

John P. Hooper
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, NY 10022

Kristine K. Kraft
SCHLICHTER BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Crawford S. McGivaren, Jr.
CABANISS JOHNSTON GARDNER DUMAS
  & O'NEAL
P.O. Box 830612
Birmingham, AL 35283-0612

Laura J. McKinnon
MCKINNON LAW FIRM
740 Lollar Lane
P.O. Box 1127
Fayetteville, AR 72702

Lucia J.W. McLaren
GOLDENBERG & JOHNSON PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903-7109

Michael J. Miller
MILLER FIRM LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG GATES
  & WOODYARD PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

David Bagley Rheingold
RHEINGOLD VALET RHEINGOLD
  SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016-3042

Michael E. Schmidt
SCHMIDT FIRM LLP
2911 Turtle Creek Boulevard, Suite 1400
Dallas, TX 75219

Anna M. Yakle
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

### INVOLVED JUDGES LIST (CTO-65)

Hon. Carol Bagley Amon
U.S. District Judge
908 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
724 Warren E. Burger Federal
  Building
316 North Robert Street
St. Paul, MN 55101

Hon. Paul G. Gardephe
U.S. District Judge
920 Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Abdul K. Kallon
U.S. District Judge
United States District Court
Hugo L. Black United States
  Courthouse
1729 Fifth Avenue North
Room 419
Birmingham, AL 35203-2000

Hon. Richard H. Kyle
Senior U.S. District Judge
772 Warren E. Burger Federal
  Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
734 Warren E. Burger Federal
  Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kiyo Matsumoto
U.S. District Judge
1227 South Emanuel Celler
  Federal Building
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. John T. Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker
  U.S. Courthouse, 7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Roslynn R. Mauskopf
U.S. District Judge
United States District Court
448 N Emanuel Celler Federal
  Building
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. William D. Quarles, Jr.
United States District Judge
3A Edward A. Garmatz
  Federal Building &
  U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. James M. Rosenbaum
Senior U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
774 Warren E. Burger Federal
  Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Susan Webber Wright
U.S. District Judge
Richard Sheppard Arnold
  U.S. Courthouse
Unites States Post Office and
  Courthouse Annex
500 West Capitol Avenue
Room D157
Little Rock, AR 72201

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-65)

Sharon Harris, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Ann Thompson, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312